GANGER ᴇᴛ ᴀʟ. *v.* CITY OF MIAMI.

No. 153.   Argued March 2–3, 1959.—Decided March 9, 1959.

*Thomas H. Anderson* and *Herbert L. Nadeau* argued the cause for appellants.   With them on the brief was *Clyde Epperson.*

*Milton M. Ferrell* argued the cause and filed a brief for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The appeal is dismissed for want of a properly presented substantial federal question.

TOWNSEND *v.* SAIN, SHERIFF, ᴇᴛ ᴀʟ.

No. 552, Misc.   Decided March 9, 1959.

*George N. Leighton* and *William R. Ming, Jr.* for appellant.

*Benjamin S. Adamowski* for respondents.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment of the United States Court of Appeals for the Seventh Circuit is vacated and the case is remanded. *United States ex rel. Jennings* v. *Ragen, Warden,* 358 U. S. 276.